## EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 5,883.67 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 400.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 13,703.03* |

*Items 2-9 Form 1, Exhibit C have exemptions.