**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>NAJDOWSKI, VINCENT J.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-19838 SPS<br><br>JUDGE Susan Pierson Sonderby |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   U.S. BANKRUPTCY COURT
          219 South Dearborn, Courtroom 642
          Chicago, Illinois 60604

    on:   **September 17, 2008**
    at:   **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $           5,883.67

    b. Disbursements                         $               0.00

    c. Net Cash Available for Distribution   $           5,883.67

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $1,338.37 | |

5.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $8,355.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 54.40%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 425.84 | $ 231.64 |
| 2 | Premier Credit Union | $ 1,728.50 | $ 940.24 |
| 4 | eCAST Settlement Corporation assignee of | $ 6,201.55 | $ 3,373.42 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: cash.

Dated: **August 6, 2008**        For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:  GLENN R. HEYMAN
Address:  135 S. LaSalle Street, #3705
Chicago, IL  60603
Phone No.:  (312) 641-6777

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1               Date Rcvd: Aug 06, 2008
Case: 07-19838                 Form ID: pdf002          Total Served: 25

The following entities were served by first class mail on Aug 08, 2008.
db           +Vincent J. Najdowski,   225 Kingsport Drive,   Schaumburg, IL 60193-4118
aty          +Gregory J Martucci,   Law Office Of Gregory J. Martucci,   203 E. Irving Park Rd.,
               Roselle, IL 60172-2004
tr           +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
11703417      Alexian Brothers Outpatient Group,   1650 Moon Lake Blvd.,   Hoffman Estates, IL  60169-1010
11703418     +American General Finance Services,   Golf Point Plaza,   309 W. Golf Road, Ste. 3,
               Schaumburg, IL 60195-5344
11703419     +Barons Creditors Service,   155 Revere Drive, Ste. 9,   Northbrook, IL 60062-1558
11703420     +Bonaventure Medical Foundation,   P.O. 843147,   Boston, MA 02284-3147
11703421     +Capitol Management Services, LP,   726 Exchange St., Ste. 700,   Buffalo, NY 14210-1464
11703422      CitiFinancial Retail Services,   P.O. Box 22060,   Tempe, AZ  85285-2060
11703423      Citifinancial Services, Inc.,   1338 N. Roselle Road,   Schaumburg, IL  60195-3646
11703425     +HFC,   188 E. Golf Road,   Schaumburg, IL 60173-3726
11703427     +Michael L. Sherman,   120 S. LaSalle Street,   Chicago, IL 60603-3403
11703428      Millenium Credit Consultants,   P.O. Box 18160,   West Saint Paul, MN  55118-0160
11703429      Palatine Schaumburg Sch. CU,   22 W. Schaumburg Road,   Schaumburg, IL  60194-3502
11703430     +Premier Credit Union,   Attn Myron Goldman,   1212 W. Northwest Hwy, Ste. 1212,
               Palatine, IL 60067-1897
11908166     +Premier Credit Union,   Xertrex International,   1530 South Glenlake,   Itasca, IL 60143-1171
11703432      RMS,   77 Hartland Street, Ste. 401,   P.O. Box 280431,   East Hartford, CT  06128-0431
11703431     +Richard A. Snow,   123 W. Madison St., Ste. 310,   Chicago, IL 60602-4847
11703433     +Superior Air Ground Amb. Service,   P.O. Box 1407,   Elmhurst, IL 60126-8407
11703434     +TCF Bank,   3040 Salt Creek Drive,   Arlington Heights, IL 60005-1069
11703435      Zales,   P.O. Box 6003,   Hagerstown, MD  21747-6003
12114331      eCAST Settlement Corporation assignee of,   Household Finance Corporation,   POB 35480,
               Newark NJ 07193-5480
The following entities were served by electronic transmission on Aug 07, 2008.
11703424     +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2008 04:05:27     GEMB/Walmart,   P.O. Box 981400,
               El Paso, TX 79998-1400
11703426     +Fax: 847-227-2151 Aug 07 2008 04:42:39      Medical Recovery Specialists, Inc.,
               2250 E. Devon Ave., Ste. 352,   Des Plaines, IL 60018-4519
11900384     +E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2008 04:06:12
               Recovery Management Systems Corporation,   For GE Money Bank,   dba WALMART,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2008**              **Signature:** _Joseph Speetjens_