UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| NAJDOWSKI, VINCENT J. | ) | CASE NO.  07 B 19838 |
| | ) | |
| | ) | |
| DEBTOR(S). | ) | HON.  SUSAN PIERSON SONDERBY |

**NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:**   Glenn R. Heyman, Esq.
         Crane, Heyman, Simon, Welch & Clar
         135 South LaSalle Street
         Suite 3705
         Chicago, IL 60603-4297
         Registrant's e-mail: GHeyman@craneheyman.com

**Please Take Notice** that on **February 27, 2009**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                          WILLIAM T. NEARY
                                          UNITED STATES TRUSTEE


DATED: February 27, 2009              BY: /s/ Dean C. Harvalis
                                          Dean C. Harvalis, Assistant U.S. Trustee
                                          OFFICE OF THE U.S. TRUSTEE
                                          219 South Dearborn Street, Room 873
                                          Chicago, IL 60603
                                          (312) 886-5783

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, Assistant U. S. Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on February 27, 2009.

                                          /s/ Dean C. Harvalis